# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-57670-LRC |
| | ) | |
| DUPREE ANTRONE JACKSON | ) | |
| TANYA DAVIS JACKSON | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the Amended Chapter 13 Plan filed in the above styled case on October 23, 2018 (Doc. No. 30) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

World Omni Financial Corp. Its Successor and Assigns

c/o Weltman, Weinberg & Reis Co LPA

323 W. Lakeside Ave Suite 200

Cleveland OH 44113


C T Corporation System

289 S Culver St

Lawrenceville, GA 30046


DATE: October 23, 2018

\_\_\_\_\_/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339