UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:  18-57670-LRC

DEBTORS:  DUPREE ANTRONE JACKSON
TANYA DAVIS JACKSON

At the hearing on Confirmation held on December 11, 2018, Trustee requested that the hearing be reset to January 29, 2019. However, Trustee also announced an agreement that if Debtors failed to file proposed amendments to the Plan within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtors have failed to file any amendments.

Please enter an Order of Dismissal.

Dated:  This the ___3___ day of January, 2019.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DUPREE ANTRONE JACKSON and | ) | |
| TANYA DAVIS JACKSON, | ) | CASE NO.: 18-57670-LRC |
| | ) | |
| DEBTORS. | ) | |

18-57670-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    DUPREE ANTRONE JACKSON
    TANYA DAVIS JACKSON
    2103 LAKE POINT DRIVE
    STONE MOUNTAIN, GA  30088

    DEBTOR(S) ATTORNEY:

    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

January 3, 2019

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450